RICHARD A. SOLOMON, ESQ., Bar No. 82923
STEPHEN M. SPINELLA, ESQ., Bar No. 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
Attorneys at Law
12651 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  (858) 793-8500

Attorneys for Plaintiff
WELLS FARGO FINANCIAL LEASING, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6   X
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO FINANCIAL LEASING, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> QUICK LOAN FUNDING INCORPORATED, a California corporation; DANIEL SADEK aka NAZIH DANIEL SADEK; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: SACV07-870 CJC (PLAx) <br><br> **JUDGMENT BY COURT PURSUANT TO WRITTEN STIPULATION FOR JUDGMENT** |

Upon proof to the satisfaction of the Court that judgment shall be granted and entered pursuant to written Stipulation for Judgment and good cause appearing therefore,

IT IS HEREBY ORDERED that a joint and several judgment be entered against Defendants QUICK LOAN FUNDING INCORPORATED, a California corporation and DANIEL SADEK aka NAZIH DANIEL SADEK and in favor of Plaintiff WELLS FARGO FINANCIAL LEASING, INC. for the principle sum of $603,289.02.

DATED: *April 28, 2008*   _____
Honorable Cormac J. Carney
United States District Court Judgment

H:\COMMON\RAS\Wells Fargo Fin Lease\Quick Loan Funding\Pld\Judgment.wpd